**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                                     NO. 4:05CR00238 JLH

WILLIAM DERRALL TAYLOR                                                          DEFENDANT

### AMENDED ORDER MODIFYING CONDITIONS OF RELEASE

Defendant William Derrall Taylor appeared in person, with his Court appointed attorney Chris Tarver, for a change of plea hearing on this date. The government was represented by First Assistant U.S. Attorney Jane Duke. U.S. Probation Officer Debra Stansel was also present.

Following the Court's acceptance of defendant's guilty plea to Count 1 of the Indictment, the Court inquired as to whether there were any bond issues that needed to be addressed. In light of Mr. Taylor's plea of guilty, the Court determined that the present conditions of bond should be modified.

IT IS THEREFORE ORDERED that defendant's bond is hereby modified to reflect that his travel is restricted to the State of Arkansas, without prior approval of the U.S. Probation Office.

Defendant is directed to register immediately with the state sexual offender registration agency for the State of Arkansas, or as otherwise directed by the U.S. Probation Office.

All other conditions remain unchanged and in full force and effect as previously imposed.

IT IS SO ORDERED this 21st day of November, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE