IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                              NO. 4:05CR00238 JLH

WILLIAM DERRALL TAYLOR

**FINAL ORDER OF FORFEITURE**

WHEREAS, on November 30, 2006, this Court entered a Preliminary Order of Forfeiture, ordering defendants to forfeit their interest in the following:

(a)   One HP Deskjet 610 Printer;

(b)   One Packard Bell Computer Monitor;

(c)   One HP Computer 5002-5935, Serial Number US90751820 and accompanying modem, mouse and keyboard.

WHEREAS, the United States caused to be published in the Arkansas Democrat Gazette, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, the United States also provided actual notice to all interested parties, including to the defendants;

WHEREAS, no claims were filed by any persons with respect to any of the property described herein;

IT IS ORDERED that all right, title, and interest in all of the property set forth above is

hereby forfeited to the United States, and the United States Marshal shall dispose of such property according to law.

SO ORDERED this 22nd day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE